Catherine E. Ybarra (SBN # 283360)
cybarra@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: (213) 297-3807

*[Additional counsel listed on the signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOBY CHILDRESS,** individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**PROSPER FUNDING LLC**,<br><br>Defendant. | Case No. 3:25-cv-09286-LB<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned, on behalf of Plaintiff Joby Childress ("Plaintiff"), hereby certifies that as of this date, other than the named parties, there is no conflict or interest to report.

The undersigned also certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
|---|---|
| Joby Childress | Dalhart, Texas |

Plaintiff reserves the right to supplement this disclosure statement if needed.

Dated: November 5, 2025                      Respectfully submitted,

/s/ Catherine Ybarra
Catherine E. Ybarra (SBN # 283360)
cybarra@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: (213) 297-3807

Tyler J. Bean*
tbean@sirillp.com
Neil Williams *
nwilliams@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091

Jessica A. Wilkes*
jaw@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave
Oklahoma City, OK 73120
Tel: (405) 235-1560

*pro hac vice admission forthcoming

Counsel for Plaintiff Joby Childress